IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-733-FL

| | | |
|---|---|---|
| CHASE CARMEN HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERARD M. ROVENTINI, a/k/a Jerry M. Roventini; JOHN DOE; THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS; THE NATIONAL INSURANCE PRODUCER REGISTRY; ELEANOR KITZMAN, Individually and in her Official Capacity as the Commissioner of the Texas Department of Insurance; JULIA RATHGEBER, Individually and in her Official Capacity as the Commissioner of the Texas Department of Insurance; THE TEXAS DEPARTMENT OF INSURANCE; DAVE JONES, Individually and in his Official Capacity as The Commissioner of Insurance of the California Department of Insurance; THE CALIFORNIA DEPARTMENT OF INSURANCE; and RAYMOND O. ANDERSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the memorandum and recommendation ("M&R") of Magistrate Judge Kimberly A. Swank, pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), wherein it is recommended that the court dismiss plaintiff's complaint on frivolity review under 28 U.S.C. § 1915(e)(2)(B). Plaintiff did not object to the M&R.

The magistrate judge determined that plaintiff's amended complaint consists largely of vague, rambling statements, and the allegations of violations of federal law are conclusory and

merely list the federal statutes that Plaintiff purports Defendants have violated, including criminal statutes for which there is no civil cause of action. Plaintiff has not included facts in support of her allegations nor has she specified the injuries sustained as a result of the alleged actions of each defendant or provided dates on which the relevant events occurred. Plaintiff's filings in this case fail to meet the pleading standards set forth in Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Therefore, upon careful review of the M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is directed to close this case.

SO ORDERED, this the 9th day of May, 2016.

                                    LOUISE W. FLANAGAN
                                    United States District Judge