UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHASE CARMEN HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| GERARD M. ROVENTINI, a/k/a Jerry M. ) | No. 5:14-CV-733-FL |
| Roventini; JOHN DOE; THE NATIONAL ) | |
| ASSOCIATION OF INSURANCE ) | |
| COMMISSIONERS; THE NATIONAL ) | |
| INSURANCE PRODUCER REGISTRY; ) | |
| ELEANOR KITZMAN, Individually and ) | |
| in her Official Capacity as the ) | |
| Commissioner of the Texas Department of ) | |
| Insurance; JULIA RATHGEBER, ) | |
| Individually and in her Official Capacity ) | |
| as the Commissioner of the Texas ) | |
| Department of Insurance; THE TEXAS ) | |
| DEPARTMENT OF INSURANCE; ) | |
| DAVE JONES, Individually and in his ) | |
| Official Capacity as The Commissioner of ) | |
| Insurance of the California Department of ) | |
| Insurance; THE CALIFORNIA ) | |
| DEPARTMENT OF INSURANCE; and ) | |
| RAYMOND O. ANDERSON, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2016, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 9, 2016, and Copies To:**

Chase Carmen Hunter (via U.S. Mail) PO Box 42252, Fredericksburg, VA 22404-2252

| | |
|---|---|
| May 9, 2016 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |